UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVONTE TERRELL SHELBY,

        Plaintiff,

        Case No. 24-cv-11032
        Hon. Matthew F. Leitman

v.

TOMMY, *et al.*,

        Defendants.
_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

On April 18, 2024, Plaintiff Alvonte Terrell Shelby filed this action against several employees of the Shar House Academy Rehabilitation Center. (*See* Compl., ECF No. 1.) When Shelby filed his Complaint, he failed to pay the required filing fee or file the necessary documentation to proceed *in forma pauperis*. Accordingly, on April 19, 2024, the Court issued an order directing Shelby to correct that deficiency by no later than May 3, 2024. (*See* Order, ECF No. 3.) That order warned Shelby that if he failed to pay the required filing fee or file an application to proceed *in forma pauperis*, his "case may be dismissed." (*Id.*, PageID.15.)

Shelby has not responded to the Court's April 19 order. Nor has he paid the filing fee, submitted any *in forma pauperis* documentation, or contacted the Court to request additional time to comply with the Court's order.

1

Accordingly, due to Shelby's failure to comply with the Court's April 19 order, and his failure either to pay the required filing fee or file a complete application to proceed *in forma pauperis*, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 22, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 22, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126