UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVONTE TERRELL SHELBY,

        Plaintiff,                        Case No. 24-cv-11032
                                                      Hon. Matthew F. Leitman

v.

TOMMY, *et al.*,

        Defendants.
_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                                               KINIKIA ESSIX
                                              CLERK OF COURT

                              By:    <u>s/Holly A. Ryan</u>
                                                  Deputy Clerk

Approved:

<u>s/Matthew F. Leitman</u>
MATTHEW F. LEITMAN
United States District Judge

Dated:  May 22, 2024
Detroit, Michigan